UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON BILLINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>        Defendant. | No.  1:22-cv-01652-NODJ-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 19) |

On March 7, 2024, the assigned magistrate judge issued findings and recommendations recommending: (1) Plaintiff's motion for summary judgment and appeal from the administrative decision of the Commissioner of Social Security be denied, affirming the agency's determination to deny benefits; and (2) The Clerk of this Court be directed to enter judgment in favor of Defendant Martin O'Malley, Commissioner of Social Security, and against Plaintiff Jason Billington.  (Doc. 19.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the file, the Court finds that the findings and recommendations are supported by the record and proper analysis.  The Court finds that the Magistrate Judge appropriately evaluated the RFC limitations and the ALJ's duty to develop the

1

record.  The Court further finds that the Magistrate Judge appropriately evaluated Plaintiff's symptoms testimony in relation to treatment notes, daily activities, and ability to control symptoms with medication and other forms of treatment.

Accordingly,

1. The findings and recommendations issued on March 7, 2024 (Doc. 19) are **ADOPTED IN FULL**;

2. Plaintiff's motion for summary judgment and appeal from the administrative decision of the Commissioner of Social Security is **DENIED**, affirming the agency's determination to deny benefits; and

3. The Clerk of the Court is directed to enter judgment in favor of Defendant Martin O'Malley, Commissioner of Social Security, and against Plaintiff Jason Billington, and to close this case.

DATED:  March 27, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE